UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO HUERTERO,<br>*on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>                                                Plaintiff,<br><br>                            -v-<br><br>KAY WATERPROOFING CORP.<br>        d/b/a KR&R,<br>KAY WATERPROOFING & RESTORATION LLC,<br>        d/b/a KR&R,<br>BARRY GRUMMER,<br><br>                                                Defendants. | **Case No.**: 1:21-cv-04566<br><br>**[PROPOSED]**<br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Kay Waterproofing Corp. d/b/a KR&R and Kay Waterproofing & Restoration LLC d/b/a KR&R (collectively, "Defendants"), having offered to allow Plaintiff Francisco Huertero("Plaintiff") to take a judgment against them, in the sum of Five Thousand Dollars and No Cents ($5,000.00), inclusive of all of Plaintiff's claims for relief, damages, fees, costs, and expenses against all defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated January 12, 2022 and filed as Exhibit A to Docket Number 20;

**WHEREAS**, on January 13, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 20);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Francisco Huertero, in the sum of Five Thousand Dollars and No Cents ($5,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated January 12, 2022 and filed as Exhibit A to Docket Number 20.

**SO ORDERED:**

Dated: _____, 2022          _____
       New York, New York                                    U.S.D.J.