**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FRANCISCO HUERTERO,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

                         Plaintiff,

          -v-

KAY WATERPROOFING CORP.
    d/b/a KR&R,
KAY WATERPROOFING & RESTORATION LLC,
    d/b/a KR&R,
BARRY GRUMMER,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/13/22__

**Case No.**: 1:21-cv-04566

~~[PROPOSED]~~
**RULE 68 JUDGMENT**

     **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Kay Waterproofing Corp. d/b/a KR&R and Kay Waterproofing & Restoration LLC d/b/a KR&R (collectively, "Defendants"), having offered to allow Plaintiff Francisco Huertero("Plaintiff") to take a judgment against them, in the sum of Five Thousand Dollars and No Cents ($5,000.00), inclusive of all of Plaintiff's claims for relief, damages, fees, costs, and expenses against all defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated January 12, 2022 and filed as Exhibit A to Docket Number 20;

     **WHEREAS**, on January 13, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 20);

     It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Francisco Huertero, in the sum of Five Thousand Dollars and No Cents ($5,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated January 12, 2022 and filed as Exhibit A to Docket Number 20.

The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: ___January 13___, 2022
      New York, New York

_____
U.S.D.J.